## COUNSEL'S SEATING CHART

CASE Caption: Brian E. Heibel, et al vs. US Bank National Association, et al
CASE No. C2-11-593

| Carrie Gonell | John Richards |
|---|---|
| counsel for Δ | counsel for Δ |

**DEFENDANTS' TABLE**

| Jami Oliver | Bob DeRose | Paul Lukas |
|---|---|---|
| Counsel | Plaintiff Counsel | Plaintiff counsel |

**PLAINTIFFS' TABLE**

**BENCH**